**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH FORD,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-3233 (UNA) |

**MEMORANDUM OPINION**

The Court has reviewed Plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contains a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. FED. R. CIV. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The instant complaint alleges no facts. Rather, its Statement of Claim states, "HOUSING VO[U]CHERS, DR[I]VING RIGHTS, VO[]TING RIGHTS, FALSELY ACCUSES." Compl. at 4. While plaintiff does demand relief in the form of "RESTORE CITIZEN-SHIP," *id.* at 5, no plausible factual allegation shows that such relief can be had from the District of Columbia by order of this Court.

Because the complaint fails to comply with Rule 8, the Court will dismiss it without prejudice. An Order is issued separately.

DATE: October 26, 2026

2026.10.26
16:18:41 -04'00'

TREVOR N. McFADDEN
United States District Judge